## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-00890-CJC(MLGx) | Date | April 24, 2013 |
|---|---|---|---|
| Title | Petro Diamond Incorporated v. International Exchange Services, LLC, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF FILING BANKRUPTCY

In light of Defendant's filing of a voluntary petition in the Bankruptcy Court, Plaintiff is hereby ordered to show cause why this case should not be stayed in its entirety pending the bankruptcy proceedings. Plaintiff's response to this order to show cause shall be filed by May 1, 2013, and Defendant Matthew Theilen shall file his reply thereto, if any, by May 8, 2013.

                                                                                                        :   0

Initials of Preparer   mu